# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> THUNDER & LIGHTENING PROTECTION & MARKETING, LLC, d/b/a A. MARTIN INVESTIGATIONS, et al., <br><br> Defendants. | Case No. CIV-22-1056-J |

## JUDGMENT

In accordance with the order entered in this case on this day, the Court ENTERS judgment in favor of Plaintiff National Fire & Marine Insurance Company and against Defendants Thunder & Lightening Protection & Marketing, LLC d/b/a A. Martin Investigations, Antjuan L. Martin, and Bradley Allen Bishop.  The Court also DECLARES, pursuant to 28 U.S.C. §§ 2201, et seq. as follows:  (1) there is no coverage under Plaintiff's Commercial General Liability Policy No. 72LPS038530 for the claims asserted in *Bishop v. Martin, et al.*, Case No. CJ-2022-3217, in the District Court of Oklahoma County, State of Oklahoma (State Court Case); (2) Plaintiff owes no duty to defend or indemnify Defendants Thunder & Lightening Protection & Marketing, LLC d/b/a A. Martin Investigations or Antjuan L. Martin for the injuring incident involving Antjuan L. Martin and Bradley Allen Bishop alleged in the State Court Case; and (3) Plaintiff has the right to withdraw from the defense of Defendants Thunder & Lightening Protection & Marketing, LLC d/b/a A. Martin Investigations and Antjuan L. Martin in the State Court Case.

IT IS SO ORDERED this 15th day of November, 2023.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE